STATE OF NEW JERSEY v. STANLEY BELLAMY.

July 11, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. RAFAEL M. RIVERA.

July 11, 1989.

Petition for certification denied.   (See 232 *N.J.Super.* 165)

STATE OF NEW JERSEY v. RODNEY ROBERTS.

July 11, 1989.

Petition for certification denied.

EMPLOYEE ASSOCIATION OF WILLINGBORO
SCHOOLS, ET AL. v. WILLINGBORO BOARD OF EDUCATION.

July 11, 1989.

Petition for certification denied.